# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**FRELANDRA WOMACK**                                               **PLAINTIFF**
**ADC # 712971**

**v.**                          **No. 3:26-cv-107-DPM**

**MARGARET DOBSON, Hot Spring**
**County Circuit Judge**                                    **DEFENDANT**

## ORDER

I recuse. Margaret Dobson is a friend of many years. My impartiality in this case could reasonably be questioned. The Clerk of Court must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 April 2026